IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BETTY J. COLLINS, Individually and
on behalf of all wrongful death beneficiaries
of GERRY DARVIN COLLINS, Deceased					PLAINTIFF

v.					CIVIL ACTION NO. 1:21-cv-331-TBM-RPM

TRENTON A. HINDS, M.D.; A-TEAM
SOLUTIONS, LLC; VICTOR ORTEGA-
JIMENEZ, M.D., TDY MEDICAL STAFFING,
INC.; TDY GOVERNMENT SERVICES;
UNITED STATES OF AMERICA; and
FICTITIOUS DEFENDANTS A-Z					DEFENDANTS

## ORDER GRANTING
## AGREED MOTION FOR PARTIAL DISMISSAL

THIS CAUSE comes upon by Agreed Motion of the two parties, TDY Medical Staffing, Inc. and TDY Government Services ("TDY"), through their counsel, Carr Allison, and Betty J. Collins, Individually and on behalf of all wrongful death beneficiaries of Gerry Darvin Collins, Deceased, ("Collins") for dismissal of Collins' claims against TDY without prejudice. This Court is well-briefed in the premises through the parties' motion, and finds it to be with merit, and should be granted.

THEREFORE, it is ordered that TDY Medical Staffing, Inc. and TDY Government Services ("TDY"), is hereby dismissed without prejudice. Both parties pay their own costs.

SO ORDERED, this the 21st day of July, 2022.

_____
DISTRICT COURT JUDGE

This Order Prepared by:


/s Thomas L. Carpenter, MB #9808
Thomas L. Carpenter
Carr Allison
1319 26th Avenue
Gulfport, MS 39501
Phone: (228)-864-1060
Fax: (228)-864-9160
E-mail: tcarpenter@carrallison.com

Agreed:

/s Jennifer P. Burkes, MB #9420
Jim Reeves, Esq.
Jennifer P. Burkes, Esq.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
jrr@rmlwcall.com
jpb@rmlawcall.com