IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BETTY J. COLLINS,** *Individually and*  **PLAINTIFF**
*on behalf of all wrongful death beneficiaries*
*of GERRY DARVIN COLLINS, Deceased*

**v.**  **CIVIL ACTION NO. 1:21-cv-331-TBM-RPM**

**TRENTON A. HINDS, M.D.;**
**A-TEAMS SOLUTIONS, LLC;** *and*
**VICTOR ORTEGA-JIMENEZ, M.D.**  **DEFENDANTS**

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS PREMATURE

Now before the Court is Defendant A-Teams Solutions, LLC's Motion for Summary Judgment [94]. A-Teams Solutions, LLC's Motion was filed well before the discovery deadline—which has not yet passed—and the Court granted the Plaintiff the opportunity to conduct certain discovery before responding to A-Teams Solutions, LLC's Motion. *See* [146]. Accordingly, the Court finds that A-Teams Solutions, LLC's Motion is premature and should be denied without prejudice to A-Teams Solutions, LLC's right to re-file at the appropriate stage of this litigation. *See Arc Controls, Inc. v. M/V Nor Goliath*, No. 1:19-cv-391-LG, 2020 WL 1678237 (S.D. Miss. Apr. 6, 2020).

IT IS THEREFORE ORDERED AND ADJUDGED that A-Teams Solutions, LLC's Motion for Summary Judgment [94] is DENIED as premature, WITHOUT PREJUDICE.

This, the 10th day of January, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE